## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| TRICIA VARGAS, on behalf of A.V., a minor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 14-cv-4039 ) |
| CAROLYN W. COLVIN Acting Commissioner of Social Security, Defendant. | ) ) ) ) |

### **ORDER**

The court grants the parties' Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and awards plaintiff attorney fees in the amount of $14,100.00 and costs in the amount of $0. The award fully and finally satisfies any and all claims for attorney fees, expenses, and costs that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Any fees paid belong to plaintiff, A.V., and not plaintiff's attorney. The fees can be offset to satisfy any pre-existing debt that plaintiff owes the United States. *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Plaintiff has provided defendant with a valid assignment of fees. If defendant can verify that plaintiff, A.V., does not owe pre-existing debt to the government subject to offset, defendant will direct payment of the award to plaintiff's attorney pursuant to the EAJA assignment duly signed by plaintiff's guardian and counsel.

DATED:   8/8/2016

ENTER:

s/ Sara Darrow

HONORABLE SARA DARROW
United States District Judge